UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORA MELIE, M.D.,<br><br>                       Plaintiff,<br><br>-against-<br><br>EVCI/TCI COLLEGE ADMINISTRATION, PETER SLATER, SAYED AKHAVI and NANNETTE JACOBS,<br><br>                       Defendants. | Case No.: 08 CV 5226<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 12(b)(6) and upon the annexed Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's Amended Complaint, the Affidavit of Marjorie Kaye, Jr. and Exhibits attached thereto, Defendants will move this Court located at 500 Pearl Street, New York, New York on a date convenient to the Court for an Order:

(1) Dismissing Plaintiff's Amended Complaint in its entirety; and

(2) For such further relief as this Court deems proper.

Dated: September 5, 2008
       New York, New York

                                      Respectfully submitted,

                                      JACKSON LEWIS LLP
                                      59 Maiden Lane, 40th Floor
                                      New York, New York 10038
                                      (212) 545-4000

                                      By: _____
                                          John A. Snyder II (JS 4708)
                                          Marjorie Kaye, Jr. (MK-7141)
                                          Paul P. Parisi (PP 3946)
                                          ATTORNEYS FOR DEFENDANTS

To:   Anthony C. Emengo, Esq.
      Attorney for Plaintiff
      472 Union Avenue, Suite 1000
      Williamsburg, New York  11211
      718-937-8000